UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| IN RE:<br><br>DATABASEUSA.COM LLC,<br><br>Debtor<br><br>---<br><br>INFOGROUP, INC.,<br><br>　　　　　　　Plaintiff(s),<br><br>　　v.<br><br>DATABASEUSA.COM, LLC, EVEREST GROUP, LLC,<br><br>　　　　　　　Defendant(s). | Bankr. Case No. BK-S-19-10001-BTB<br><br><br>Case No. 2:20-CV-1925 JCM<br><br>ORDER |

  Presently before the court are appellant Infogroup, Inc. ("Infogroup")'s motions to accept documents under seal, (ECF No. 5), and to extend time to file opening brief, (ECF No. 7).

  Pursuant to Federal Rule of Bankruptcy Procedure 8009(f), this court finds good reason to accept into the record of this appeal the documents placed under seal by the bankruptcy court. Appellant's motion to accept documents under seal is granted.  (ECF No. 5).  The bankruptcy clerk may now "transmit it to the clerk of the court where the appeal is pending as part of the record." Fed. R. Bankr. P. 8009(f).

  This court also grants appellant's motion to extend the briefing period for a period of thirty (30) days after the sealed portion of the record is received from the bankruptcy court.  (ECF No. 7); *see also* Fed. R. Bank. Proc. 8018(a)(1).  This court agrees with appellant's interpretation and finds this request in good faith.  (*Id.*).

**James C. Mahan**
**U.S. District Judge**

1   Accordingly,

2   IT IS HEREBY ORDERED, ADJUDGED, and DECREED that appellant's motion to
3   accept documents under seal (ECF No. 5) be, and the same hereby is, GRANTED.
4   IT IS FURTHER ORDERED that plaintiff Leland Osborne's motion to extend time to file
5   opening brief (ECF No. 7) be, and the same hereby is, GRANTED.
6   DATED December 2, 2020.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**

- 2 -