UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| IN RE: <br> DATABASEUSA.COM LLC, <br> Debtor | Bankr. Case No. BK-S-19-10001-BTB |
| INFOGROUP, INC., <br>    Plaintiff(s), <br> v. <br> DATABASEUSA.COM, LLC, EVEREST GROUP, LLC, <br>    Defendant(s). | Case No. 2:20-CV-1925 JCM <br> ORDER |

    Presently before the court is appellee DatabaseUSA.com LLC ("Database")'s motion to expedite appeal. (ECF No. 9). Appellee Everest LLC joined. (ECF No. 10).

    On December 2, 2020, this court granted appellant Infogroup, Inc.'s motion to extend time to file opening brief due to the timing of the transfer of sealed records and Fed. R. Bank. Proc. 8018(a)(1). (ECF No. 8). Database opposes this new deadline and requests that "the opening brief be filed within fourteen days, the responsive brief be filed within fourteen days thereafter, and the reply brief due seven days thereafter." (ECF No. 9). "Debtor, the successful party in the underlying proceedings, urgently needs to proceed with its reorganization efforts or it will likely suffer the irreparable harm of shutting down." (*Id.*).

    This court finds good cause for additional briefing. In light of the time-sensitive nature of this question, appellant is ordered to respond within five (5) days of this order. Appellees shall have two (2) days to reply.

**James C. Mahan**
**U.S. District Judge**

1  Accordingly,

2  IT IS SO ORDERED.

3  DATED December 4, 2020.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**

- 2 -