UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| IN RE:<br>DATABASEUSA.COM LLC,<br>Debtor<br><br>INFOGROUP, INC.,<br>　　　　　　　Plaintiff(s),<br>　　v.<br>DATABASEUSA.COM, LLC, EVEREST GROUP, LLC,<br>　　　　　　　Defendant(s). | Bankr. Case No. BK-S-19-10001-BTB<br><br><br>Case No. 2:20-CV-1925 JCM<br><br>ORDER |

　　　Presently before the court is appellee DatabaseUSA.com LLC ("Database")'s motion to expedite appeal. (ECF No. 9). Appellee Everest LLC joined. (ECF No. 10). Appellant Infogroup, Inc. ("Infogroup"), responded, (ECF No. 13), to which Database replied, (ECF No. 15).

　　　As an initial matter, this court grants Infogroup's ex parte motion to allow late filed opposition. (ECF No. 14). The circumstances detailed by appellant are excusable, and the response was delayed by just a single day.

　　　Database requests that "the opening brief be filed within fourteen days, the responsive brief be filed within fourteen days thereafter, and the reply brief due seven days thereafter." (ECF No. 9).

　　　Having reviewed the record, this court finds good cause to grant Database's motion to expedite. This new schedule will not be overly burdensome to either party due to prior exposure

**James C. Mahan**
**U.S. District Judge**

to the questions on appeal, and particularly, the length of time since appeal was filed. (ECF No. 15). To any extent that it is a burden, those hardships are outweighed by the need for timely adjudication and possibility of harm to appellees. Database's motion to expedite is hereby granted. (ECF No. 9).

The opening brief be filed within fourteen days of this order. The responsive brief shall be filed fourteen days thereafter, and the reply brief is due seven days thereafter.

Accordingly,

IT IS SO ORDERED.

DATED December 11, 2020.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**