UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| IN RE: <br> DATABASEUSA.COM LLC, <br> Debtor <br> ——————————————— <br> INFOGROUP, INC., <br>     Plaintiff(s), <br>     v. <br> DATABASEUSA.COM, LLC, EVEREST GROUP, LLC, <br>     Defendant(s). | Bankr. Case No. BK-S-19-10001-BTB <br><br> Case No. 2:20-CV-1925 JCM <br><br> ORDER |

Presently before the court is Donald Swanson's ("petitioner") verified petition for permission to practice pro hac vice. (ECF No. 19).

On December 18, 2020, this court entered a minute order directing petitioner to "provide a current Certificate of Good Standing from EACH state in which Petitioner has been admitted to practice law." (ECF No. 20). Specifically, this court requested a "corrected Verified Petition using the 'Notice of Corrected Image/Document' event." (*Id.*). Petitioner has not done so. Instead, he filed an addendum. (ECF No. 21). This court specifically requires a corrected verified petition.

. . .

. . .

. . .

. . .

. . .

**James C. Mahan**
**U.S. District Judge**

Petitioner shall file, within seven (7) days of the entry of this order, a corrected verified petition as this court has stated. (ECF No. 20). Failure to timely comply will result in "the striking of any and all documents previously filed by the attorney." LR IA 11-2(j).

Accordingly,

IT IS SO ORDERED.

DATED December 28, 2020.

                                          _____
                                          UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**