UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| IN RE:<br>DATABASEUSA.COM LLC,<br>Debtor | Bankr. Case No. BK-S-19-10001-BTB |
| INFOGROUP, INC.,<br>　　　　　　Plaintiff(s),<br>　　v.<br>DATABASEUSA.COM, LLC, EVEREST GROUP, LLC,<br>　　　　　　Defendant(s). | Case No. 2:20-CV-1925 JCM<br><br>ORDER |

　　　Presently before the court is Donald Swanson's ("petitioner") corrected verified petition for permission to practice pro hac vice. (ECF No. 26).

　　　Under part 4 of the petition, petitioner is required to also list "Courts of other States" in which he was admitted, along with the corresponding dates admitted. (*Id.*). Under part 3 of the petition, petitioner appropriately lists "the highest court of the State of Nebraska." (*Id.*). Per his attached certificates, petitioner should also list the relevant state courts of Iowa and South Dakota. (*Id.*). This court orders petitioner to do so.

　　　Petitioner shall file, within seven (7) days of the entry of this order.

. . .

. . .

. . .

. . .

. . .

**James C. Mahan**
**U.S. District Judge**

Failure to timely comply will result in "the striking of any and all documents previously filed by the attorney." LR IA 11-2(j).

Accordingly,

IT IS SO ORDERED.

DATED December 30, 2020.

                                                     /s/ James C. Mahan
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**