**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| INFOGROUP, INC.<br><br>　　　　Plaintiff(s),<br><br>　　vs.<br><br>DATABASE USA.COM LLC; EVEREST GROUP, LLC<br><br>　　　　Defendant(s). | Case #20-01925<br><br>**CORRECTED VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**<br><br>FILING FEE IS $250.00 |

　　　　_____Donald L. Swanson_____, Petitioner, respectfully represents to the Court:
　　　　　　　(name of petitioner)

　　1.　　That Petitioner is an attorney at law and a member of the law firm of

_____Koley Jessen, P.C., L.L.O._____
　　　　　　　　　　　　　　　　　　(firm name)

with offices at _____1125 South 103rd Street, Suite 800_____,
　　　　　　　　　　　　　　　　(street address)

_____Omaha_____, _____Nebraska_____, ____68124____,
　　(city)　　　　　　　　　　(state)　　　　　　　　(zip code)

___(402) 343-3726___, ___don.swanson@koleyjessen.com___.
(area code + telephone number)　　(Email address)

　　2.　　That Petitioner has been retained personally or as a member of the law firm by

_____Infogroup, Inc._____ to provide legal representation in connection with
　　　　[client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3. That since **September 22, 1980**, Petitioner has been and presently is a member in good standing of the bar of the highest Court of the State of **Nebraska** where Petitioner regularly practices law.  Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

That since **July 23, 1991 and August 22, 1991**, Petitioner has been and presently is a member in good standing of the bar of the highest Court of the State of **Iowa** where Petitioner regularly practices law.  Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

That since **April 21, 2014**, Petitioner has been and presently is a member in good standing of the bar of the highest Court of the State of **South Dakota** where Petitioner regularly practices law.  Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| District of Nebraska | 09/22/1980 | 16385 |
| District Court of Iowa – Northern and Southern | 8/22/91 & 7/23/91 | AT000778 |
| Eighth Circuit Court of Appeals | 5/9/2003 | |
| U.S. Supreme Court | 03/17/2008 | |

5. That there are or have been no disciplinary proceeding instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

None.

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

None.

7. That Petitioner is a member of good standing in the following Bar Associations.

State Bar of Nebraska
State Bar of Iowa
State Bar of South Dakota

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| 1/10/2019 | Bk-19-10001 | US Bankruptcy Court - NV | Granted |
| | | | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

Rev. 5/16

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

STATE OF _____Nebraska_____ )
)
COUNTY OF _____Douglas_____ )

_____Donald L. Swanson_____, Petitioner, being first duly sworn, deposes and says: That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this

__28TH__ day of __December__, __2020__.

_____
Notary Public or Clerk of Court

GENERAL NOTARY - State of Nebraska
THOMAS LOKER
My Comm. Exp. June 28, 2024

**DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.**

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate __Matthew L. Johnson__, (name of local counsel) Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

_____Johnson & Gubler, P.C., 8831 West Sahara Avenue_____.
(street address)

____Las Vegas____, ____Nevada____, __89117__.
(city)            (state)         (zip code)

____(702) 388-1996____, ____mjohnson@mjohnsonlaw.com____.
(area code + telephone number)   (Email address)

5

Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____Matthew L. Johnson_____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_____
Amy Janeiro (Dec 15, 2020 10:03 CST)
(party's signature)

Amy Janeiro, Associate General Counsel & Chief Privacy Officer
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

## CONSENT OF DESIGNEE
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

6004                         mjohnson@mjohnsonlaw.com
Bar number                   Email address

APPROVED:

Dated: January 11, 2021.

_____
UNITED STATES DISTRICT JUDGE

6                                                                Rev. 5/16

# SUPREME COURT
# STATE OF NEBRASKA

# CERTIFICATE OF GOOD STANDING

I certify that I am Clerk of the Supreme Court of the State of Nebraska, the highest court of the State, and that on September 22, 1980, Donald L. Swanson was admitted to practice as an Attorney and Counselor at Law by the Supreme Court. I further certify that the attorney is now in good standing in the Courts of Nebraska, and there is not now pending in this court any disciplinary action. The attorney's private and professional character appears to be good.

IN TESTIMONY WHEREOF, I have hereunto set my hand and caused to be affixed the Seal of this Court, in the City of Lincoln, on November 4, 2020.



*Wendy A. Wussow*
Wendy A. Wussow, Clerk

## The Supreme Court of Iowa
# THE STATE OF IOWA

### *Certification*

**STATE OF IOWA, ss.**

I, *Donna M. Humpal,* Clerk of the Supreme Court of the State of Iowa, which court is the highest Court of said State, do hereby certify that Donald L. Swanson was admitted to practice as an Attorney and Counselor at Law in the Courts of said State by the Supreme Court of Iowa on June 14, 1991, and at the present time he is in good standing at the bar in this Court.  *

IN TESTIMONY WHEREOF, I have hereunto set my hand and caused to be affixed the Seal of said Court, in the City of Des Moines, this 17th day of November, 2020.

*Donna M. Humpal, Clerk*
The Supreme Court of Iowa

---

* Any requests for disciplinary history should be submitted to:
Iowa Supreme Court Attorney Disciplinary Board
1111 East Court Avenue
Des Moines  IA  50319

# STATE OF
# SOUTH DAKOTA

# IN THE SUPREME COURT

*I Hereby Certify* that Donald L. Swanson was on the 17th day of March in the year two thousand fourteen admitted to practice as an Attorney and Counselor at Law in all the Courts of South Dakota and since that date he has remained on active status in good standing.

*I further Certify* that no disciplinary action is presently pending against Donald L. Swanson nor has any discipline heretofore been imposed upon him.

DATED at Pierre, South Dakota, this 21st day of December, 2020.

_____
Deputy Clerk,
South Dakota Supreme Court